OFFICE OF
# PROTHONOTARY

Stephen E. Farina
Prothonotary



Front & Market Streets
Harrisburg, PA 17101

(717) 780-6520

## County of Dauphin

Mary E D'Andrea
Clerk of District Court
228 Walnut Street
Harrisburg, PA 17101

January 14, 2003

FILED
HARRISBURG, PA

JAN 1 5 2003

MARY E. D'ANDREA, CLE[RK]

**ADDITIONAL COPIES TO FILE**
Re: Patsye B Robinson & James N Robinson Vs Hilton Hotels
Corporation d/b/a Embassy Suites
Dauphin County Docket No 1807 S 2000  1:00 CV 911

Dear Ms D'Andrea:

    Pursuant to the Petition for Removal of Civil Action Filed in this office on May 22 2000.
The above action is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

    I am, accordingly, sending you all the original papers Herewith.

    I will appreciate the return of the attached receipt Addressed to the attention of Ms. Lisandra Garcia.

Very truly yours,

*Stephen E Farina*

Stephen E Farina,
Prothonotary